James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900  Telephone
(602) 307-5853  Facsimile
jblair@rcdmlaw.com
rkingery@rcdmlaw.com

Attorneys for *Defendant NCO Financial Systems, Inc.*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Geoffrey Burgess,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NCO Financial Systems, Inc.,<br><br>　　　　　Defendant. | No. CV-09-775-PHX-MHB<br><br>**NOTICE OF SETTLEMENT**<br><br>*(Assigned to The Honorable Michelle H. Burns)* |

   NOTICE IS HEREBY GIVEN that the parties have reached a settlement in the above-captioned matter.  The parties anticipate the filing of a Stipulation to Dismiss with prejudice within the next thirty days.

   **RESPECTFULLY SUBMITTED** this 19<u>th</u> day of May, 2009.

　　　　　　　　　　　　　　　　　　　**RENAUD COOK DRURY MESAROS, PA**


　　　　　　　　　　　　　　　　　　　By: */s/Randy L. Kingery*
　　　　　　　　　　　　　　　　　　　　　James L. Blair
　　　　　　　　　　　　　　　　　　　　　Randy L. Kingery
　　　　　　　　　　　　　　　　　　　One North Central, Suite 900
　　　　　　　　　　　　　　　　　　　Phoenix, AZ  85004-4417
　　　	　　　　　　　　　　　　　　　Attorneys for *Defendant NCO Financial Systems, Inc.*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, CV-09-775-PHX-MHB)        [2478.0029]                @PFDesktop\:ODMA/MHODMA/IMANAGE;RCD_PHX;521064;1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Michelle H. Burns
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor U.S. Courthouse
Suite 323
401 West Washington Street, SPC 12
Phoenix, AZ  85003-2120

Marshall Meyers, Esq.
**WEISBERG & MEYERS, LLC**
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853