James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900  Telephone
(602) 307-5853  Facsimile
jblair@rcdmlaw.com
rkingery@rcdmlaw.com

Attorneys for *Defendant NCO Financial Systems, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Geoffrey Burgess,<br><br>    Plaintiff,<br><br>v.<br><br>NCO Financial Systems, Inc.,<br><br>    Defendant. | No. CV-09-775-PHX-GMS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>*(Assigned to The Honorable G. Murray Snow)* |

The parties hereto, through their undersigned counsel, stipulate and agree that Plaintiff's claims herein against defendant, NCO FINANCIAL SYSTEMS, INC., are hereby dismissed ***with prejudice***, the parties to bear their own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED** this  9th  day of June, 2009.

**WEISBERG & MEYERS, LLC**

By: */s/ Marshall Meyers*
      Marshall Meyers
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, CV-09-775-PHX-MHB)        [2478.0029]            @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;524256;1

**RENAUD COOK DRURY MESAROS, PA**

By: */s/Randy L. Kingery*
    James L. Blair
    Randy L. Kingery
One North Central, Suite 900
Phoenix, AZ  85004-4417
Attorneys for *Defendant NCO Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the  9th  day of June, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable G. Murray Snow
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor U.S. Courthouse
Suite 622
401 W. Washington Street, SPC 80
Phoenix, AZ  85003-2156

Marshall Meyers, Esq.
**WEISBERG & MEYERS, LLC**
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 2, CV-09-775-PHX-MHB)   [2478.0029]   @PFDesktop\:ODMA/MHODMA/IMANAGE;RCD_PHX;524256;1