IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Geoffrey Burgess,<br><br>             Plaintiff,<br><br>v.<br><br>NCO Financial Systems, Inc.,<br><br>             Defendant. | No. CV-09-0775-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss With Prejudice (Dkt. # 11),

**IT IS HEREBY ORDERED** that this matter is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 9th day of June, 2009.

_____
G. Murray Snow
United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853